Case No. 18-25775

To Whom This May Concern:

Kindly receive my sincere apologies for being late in making my bankruptcy paying. I understand I was supposed to pay by

August 10, 2018.

The circumstances that caused the late payment, shouldn't happen again.

I Apologize again for the delay and thank you for your time and patience.

Sincerely,

[signature]

Date: 8-15-2018

FILED 2018 AUG 15 PM 3:31 US BANKRUPTCY COURT EASTERN DISTRICT OF W